381 A.2d 915

Twiford v. General Elevator Co., Inc., Appellant.

Argued September 12, 1977. Spencer A. Manthorpe, with him Hepburn, Ross, Wilcox & Putnam, for appellant;  William M. Carlitz, with him Goldsborough & Gordon, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

381 A.2d 915

Tyler v. McKernan, et al., Appellants.

Argued September 14, 1977.    James M. Marsh, with him Stanley P. Stahl, for appellants;  Stanley Lebofsky, with him Martin Leonard, for appellee.

Order affirmed.